# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| USA DISCOUNTERS HOLDING COMPANY, INC., a Delaware corporation,[1] | Case No. 15-_____ (___) |
| Debtor. | |

## CONSOLIDATED LIST OF CREDITORS HOLDING
## 40 LARGEST UNSECURED CLAIMS

Following is a consolidated list of the debtors' creditors holding the 40 largest unsecured claims. This list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) those persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 40 largest unsecured claims.

| **LEGEND** | |
|---|---|
| (1) | Name of Creditor and complete mailing address including zip code |
| (2) | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of Creditor familiar with claim who may be contacted |
| (3) | Nature of claim (trade debt, bank loan, government contract, etc.) |
| (4) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff |
| (5) | Amount of claim (if secured, also state value of security) |
| **Footnote re: (4) above** | The following information is based upon a review of the debtors' books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses or counterclaims to the below-listed claims have been completed. Therefore, this listing does not and should not be deemed to constitute: (1) a waiver of any defense, counterclaim or offset to the below-listed claims; (2) an acknowledgment of the allowability of any of the below-listed claims; and/or (3) a waiver of any other right or legal position of the debtor. |
| **RESPONSES ARE NUMBERED TO CORRESPOND TO SUBPARTS 1-5 OF LEGEND ABOVE** | |

---

[1] The Debtor's address and the last four digits of its federal taxpayer identification number are as follows: 6353 Center Drive, Building 8, Suite 101, Norfolk, Virginia, 23502. [EIN XX-XXX8192].

155699.1

| | Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | SUBJECT TO SETOFF | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|---|---|
| 1. | ASHLEY FURNITURE<br>1 ASHLEY WAY<br>ARCADIA, WI 54612 | TODD R. WANEK (CEO)<br>ASHLEY FURNITURE<br>1 ASHLEY WAY<br>ARCADIA, WI 54612<br>Tel: (608) 323-2270<br>Fax: (608) 323-6171 | MERCHANDISE | | | | | $240,113.39 |
| 2. | FEATHERSTONE INVESTORS LLC<br>8391 OLD COURTHOUSE RD STE 320<br>VIENNA, VA 22182 | GLENN ROSENTHAL (CEO)<br>FEATHERSTONE INVESTORS LLC<br>8391 OLD COURTHOUSE RD STE 320<br>VIENNA, VA 22182<br>Tel: (703) 893-5141<br>Fax: (703) 893-5142 | LANDLORD | | | | | $109,639.82 |
| 3. | 1430 EP PARTNERS LLC<br>7400 VISCOUNT STE 240<br>EL PASO, TX 79925 | NANCY DE HARO (CPM)<br>1430 EP PARTNERS LLC<br>7400 VISCOUNT STE 240<br>EL PASO, TX 79925<br>Tel: (915) 781-2311<br>Fax: (915) 781-1822 | LANDLORD | | | | | $83,568.70 |
| 4. | PENSKE TRUCK LEASING CO LP<br>255 TELEGRAPH RD<br>BLOOMFIELD HILLS, MI 48302 | J. PATRICK CONROY (CFO)<br>PENSKE TRUCK LEASING CO LP<br>255 TELEGRAPH RD<br>BLOOMFIELD HILLS, MI 48302<br>Tel: (248) 648-2000<br>Fax: (866) 747-9949 | SERVICES | | | | | $82,640.24 |
| 5. | BB & T OF VA BUSINESS LOAN CENTER<br>200 W SECOND ST<br>PO BOX 580050<br>WINSTON-SALEM, NC 27101 | KELLY S. KING (CFO)<br>BB & T OF VA BUSINESS LOAN CENTER<br>200 W SECOND ST<br>PO BOX 580050<br>WINSTON-SALEM, NC 27101<br>Tel: (800) 226-5228<br>Fax: (336) 721-3499 | LEASE | | | | | $76,930.83 |
| 6. | BB&T CREDIT CARD<br>5130 PKWY PLAZA BLVD<br>CHARLOTTE, NC 28217 | BB&T CREDIT CARD<br>5130 PKWY PLAZA BLVD<br>CHARLOTTE, NC 28217<br>Tel: (800) 397-1253 | CREDIT CARD | | | | | $75,886.21 |
| 7. | FIVE STAR MATTRESS (SERTA)<br>2600 FORBS AVENUE<br>HOFFMAN ESTATES, IL 60192 | BRIAN CALLAHAN (CFO)<br>FIVE STAR MATTRESS (SERTA)<br>2600 FORBS AVENUE<br>HOFFMAN ESTATES, IL 60192<br>Tel: (847) 645-0200<br>Fax: (847) 747-0967 | MERCHANDISE | | | | | $75,643.35 |
| 8. | SECURITY WARDS LLC<br>1212 YORK RD<br>LUTHERVILLE TIMONIUM, MD 21093 | MICHAEL GLICK (PRESIDENT)<br>SECURITY WARDS LLC<br>1212 YORK RD<br>LUTHERVILLE TIMONIUM, MD 21093<br>Tel: (410) 321-0922<br>Fax: (410) 321-1588 | LANDLORD | | | | | $70,936.24 |

155699.1

| | Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | SUBJECT TO SETOFF | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|---|---|
| 9. | ROCKET JEWELRY BOX INC<br>125 E 144TH BRONX<br>BRONX, NY 10451 | MICHAEL KAPLAN (CEO)<br>ROCKET JEWELRY BOX INC<br>125 E 144TH BRONX<br>BRONX, NY 10451<br>Tel: (718) 292-5370<br>Fax: (718) 402-2021 | TRADE | | | | | $68,839.40 |
| 10. | TRAVELERS<br>485 LEXINGTON AVE<br>NEW YORK CITY, NY 10017 | JAY S. FISHMAN (CEO)<br>TRAVELERS<br>485 LEXINGTON AVE<br>NEW YORK CITY, NY 10017<br>Tel: (917) 778-6000<br>Fax: (757) 353-4929 | INSURANCE/TAX | | | | | $59,742.90 |
| 11. | CARGO CONSOLIDATION SERVICES INC<br>404 BUMGARNER INDUSTRIAL DR<br>CONOVER, NC 28613 | MICHAEL SHARPE<br>CARGO CONSOLIDATION SERVICES INC<br>404 BUMGARNER INDUSTRIAL DR<br>CONOVER, NC 28613<br>Tel: (828) 459-3180<br>Fax: (828) 459-3193 | SERVICES | | | | | $59,210.32 |
| 12. | ALMO DISTRIBUTION PA INC<br>2709 COMMERCE WAY<br>PHILADELPHIA, PA 19154 | EUGENE B. CHAIKEN (CEO)<br>ALMO DISTRIBUTION PA INC<br>2709 COMMERCE WAY<br>PHILADELPHIA, PA 19154<br>Tel: (888) 950-2566<br>Fax: (267) 350-4371 | MERCHANDISE | | | | | $58,921.38 |
| 13. | MARYLAND CROSSING REALTY, LLC<br>1600 BENNING RD NE<br>WASHINGTON, DC 20002 | FRANCA CUCCIA<br>MARYLAND CROSSING REALTY, LLC<br>1600 BENNING RD NE<br>WASHINGTON, DC 20002<br>Tel: (202) 398-4304<br>Fax: (212) 213-5713 | LANDLORD | | | | | $58,191.31 |
| 14. | PK II OCEANSIDE TOWN & COUNTRY LP<br>ATTN: LEGAL DEPARTMENT<br>1621-B SOUTH MELROSE DRIVE<br>VISTA, CA 92081 | KIMCO REALTY CORPORATION<br>PK II OCEANSIDE TOWN & COUNTRY LP<br>ATTN: LEGAL DEPARTMENT<br>1621-B SOUTH MELROSE DRIVE<br>VISTA, CA 92081<br>Tel: (760) 727-1002<br>Fax: (760) 727-1430 | LANDLORD | | | | | $55,475.68 |
| 15. | ADAMS & KNIGHT INC<br>80 AVON MEADOW LANE<br>AVON, CT 06001 | JIM ARCOUETTE (CFO)<br>ADAMS & KNIGHT INC<br>80 AVON MEADOW LANE<br>AVON, CT 06001<br>Tel: (860) 676-2300<br>Fax: (860) 676-1940 | ADVERTISING | | | | | $51,847.65 |
| 16. | NEW MISSION LLC "A" STORE<br>337 E PIKES PEAK AVE STE 200<br>COLORADO SPRINGS, CO 80903 | MATTHEW R CRADDOCK (PRINCIPAL)<br>NEW MISSION LLC "A" STORE<br>337 E PIKES PEAK AVE STE 200<br>COLORADO SPRINGS, CO 80903<br>Tel: (719) 630-2233<br>Fax: (719) 630-2239 | LANDLORD | | | | | $47,678.05 |

| | Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | SUBJECT TO SETOFF | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|---|---|
| 17. | IR-TWO RIVERS CENTER LLC<br>1641 WORTHINGTON ROAD STE 140<br>WEST PALM BEACH, FL 33409 | STEVE FILOSA (CFO)<br>IR-TWO RIVERS CENTER LLC<br>1641 WORTHINGTON ROAD STE 140<br>WEST PALM BEACH, FL 33409<br>Tel: (561) 383-2400<br>Fax: (561) 249-1013 | LANDLORD | | | | | $42,122.00 |
| 18. | CC WESTLAND JOINT VENTURE<br>225 WEST WASHINGTON ST<br>INDIANAPOLIS, IN 46204 | DAVID SIMON (CEO)<br>CC WESTLAND JOINT VENTURE<br>225 WEST WASHINGTON ST<br>INDIANAPOLIS, IN 46204<br>Tel: (317) 636-1600<br>Fax: (317) 263-2339 | LANDLORD | | | | | $40,361.54 |
| 19. | NASSIMI AMSTERDAM DEVELOPMENT LP<br>370 SEVENTH AVE STE 1600<br>NEW YORK, NY 10001 | MIKE M. NASSIMI (PRESIDENT)<br>NASSIMI AMSTERDAM DEVELOPMENT LP<br>370 SEVENTH AVE STE 1600<br>NEW YORK, NY 10001<br>Tel: (212) 643-8080<br>Fax: (212) 643-2626 | LANDLORD | | | | | $39,748.56 |
| 20. | NONSTOP DELIVERY INC<br>4500 SOUTHGATE PLACE STE 300<br>CHANTILLY, VA 20151 | STEVE SENKUS (CEO)<br>NONSTOP DELIVERY INC<br>4500 SOUTHGATE PLACE STE 300<br>CHANTILLY, VA 20151<br>Tel: (703) 964-9500<br>Fax: (703) 964-9111 | SERVICES | | | | | $38,155.90 |
| 21. | LBJ VENTURES LLC<br>6725 116TH AVE NE STE 100<br>KIRKLAND, WA 98033 | DAVE RINN (CFO)<br>LBJ VENTURES LLC<br>6725 116TH AVE NE STE 100<br>KIRKLAND, WA 98033<br>Tel: (425) 822-4466<br>Fax: (425) 822-1626 | LANDLORD | | | | | $37,638.61 |
| 22. | ELDA GA AU LLC<br>1505 NE VILLAGE STREET<br>FAIRVIEW, OR 97024 | MARCUS FULLARD-LEO (COO)<br>ELDA GA AU LLC<br>1505 NE VILLAGE STREET<br>FAIRVIEW, OR 97024<br>Tel: (503) 669-9999 | LANDLORD | | | | | $36,000.00 |
| 23. | FLORIDA STATE GAMES, INC<br>6601 LYONS RD STE L-9<br>COCONUT CREEK, FL 33073 | SHARON BARONE (CFO)<br>FLORIDA STATE GAMES, INC<br>6601 LYONS RD STE L-9<br>COCONUT CREEK, FL 33073<br>Tel: (954) 973-9100 EXT. 207<br>Fax: (954) 973-9102 | MERCHANDISE | | | | | $35,633.00 |
| 24. | PARMA FAMILY LP<br>6390 GREENWICH DR<br>SAN DIEGO, CA 92122 | LEON W. PARMA (PRESIDENT)<br>PARMA FAMILY LP<br>6390 GREENWICH DR<br>SAN DIEGO, CA 92122<br>Tel: (858) 457-4999 EXT. 0116<br>Fax: (858) 457-3363 | LANDLORD | | | | | $33,249.87 |
| 25. | TOWNWEST SHOPPING CENTER INC<br>3801 NW CACHE RD STE 200<br>LAWTON, OK 73502 | JOHNNY OWENS (PRINCIPAL)<br>TOWNWEST SHOPPING CENTER INC<br>3801 NW CACHE RD STE 200<br>LAWTON, OK 73502<br>Tel: (580) 695-8882 | LANDLORD | | | | | $32,226.00 |

| | Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | SUBJECT TO SETOFF | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|---|---|
| 26. | SRS NO. 1 LC<br>819 N WASHINGTON STREET<br>JUNCTION CITY, KS 66441 | STEVEN R STRUEBING<br>SRS NO. 1 LC<br>819 N WASHINGTON STREET<br>JUNCTION CITY, KS 66441<br>Tel: (785) 762-2210<br>Fax: (785) 238-3880 | LANDLORD | | | | | $31,486.46 |
| 27. | NEW AGE ELECTRONICS<br>39 PELHAM RIDGE DR.<br>GREENVILLE, SC 29615 | MARSHALL WITT (CFO)<br>NEW AGE ELECTRONICS<br>39 PELHAM RIDGE DR.<br>GREENVILLE, SC 29615<br>Tel: (864) 289-4000<br>Fax: (800) 846-5974 | MERCHANDISE | | | | | $30,794.76 |
| 28. | NEW MISSIONS II LLC"B" WHSE<br>337 E PIKES PEAK AVE<br>SUITE 200<br>COLORADO SPRINGS, CO 80903 | NEW MISSIONS II LLC"B" WHSE<br>337 E PIKES PEAK AVE<br>SUITE 200<br>COLORADO SPRINGS, CO 80903<br>Tel: (719) 630-2233<br>Fax: (719) 630-2239 | LANDLORD | | | | | $30,251.20 |
| 29. | TACHE USA<br>18 EAST 48TH STREET<br>4TH FLOOR<br>NEW YORK, NY 10017 | HAROLD AXELROD (CFO)<br>TACHE USA<br>18 EAST 48TH STREET<br>4TH FLOOR<br>NEW YORK, NY 10017<br>Tel: (212) 371-1234<br>Fax: (212) 852-4961 | MERCHANDISE | | | | | $29,344.73 |
| 30. | KILLEEN ATM LLC<br>2001 ROSS AVENUE<br>PO BOX 8373<br>DALLAS, TX 75201 | LEE BELLAND (PRINCIPAL)<br>KILLEEN ATM LLC<br>2001 ROSS AVENUE<br>PO BOX 8373<br>DALLAS, TX 75201<br>Tel: (214) 267-0400<br>Fax: (512) 481-3001 | LANDLORD | | | | | $27,949.67 |
| 31. | CHARLES FLOWERS & BARBARA GILLIAM<br>113 BASCOM CT<br>STE A<br>COLUMBUS, GA 31909 | CHARLES FLOWERS & BARBARA GILLIAM<br>113 BASCOM CT<br>STE A<br>COLUMBUS, GA 31909<br>Tel: (706) 681-5611 | LANDLORD | | | | | $27,152.42 |
| 32. | ENTERPRISE SHOPPING CENTER<br>9453 ANNAPOLIS RD #2A<br>LANHAM, MD 20706 | JESSICA GRAY<br>ENTERPRISE SHOPPING CENTER<br>9453 ANNAPOLIS RD #2A<br>LANHAM, MD 20706<br>Tel: (202) 293-4500<br>Fax: (202) 833-3013 | LANDLORD | | | | | $26,763.47 |
| 33. | BROADWAY TRIPLE D LLC<br>101 WEST BROADWAY, STE 1460<br>SAN DIEGO, CA 92101 | DAN MALCOLM/MALCOLM PROPERTIES<br>BROADWAY TRIPLE D LLC<br>101 WEST BROADWAY, STE 1460<br>SAN DIEGO, CA 92101<br>Tel: (858) 366-8266<br>Fax: (619) 489-3637 | LANDLORD | | | | | $24,522.24 |

| | Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | SUBJECT TO SETOFF | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|---|---|
| 34. | STANDARD FURNITURE<br>801 HIGHWAY 31 SOUTH<br>P O BOX 1036<br>BAY MINETTE, AL 36507 | KERRY NICKERSON (CFO)<br>STANDARD FURNITURE<br>801 HIGHWAY 31 SOUTH<br>P O BOX 1036<br>BAY MINETTE, AL 36507<br>Tel: (251) 937-6741<br>Fax: (251) 239-2085 | MERCHANDISE | | | | | $24,388.34 |
| 35. | PACIFIC REALTY ASSOCIATES, L.P.<br>15350 SW SEQUOIA PKWY STE 300<br>PO BOX 4500<br>PORTLAND, OR 97208-4500 | JOHN C. HART (CEO)<br>PACIFIC REALTY ASSOCIATES, L.P.<br>15350 SW SEQUOIA PKWY STE 300<br>PO BOX 4500<br>PORTLAND, OR 97208-4500<br>Tel: (503) 624-6300<br>Fax: (503) 624-7755 | LANDLORD | | | | | $24,145.95 |
| 36. | BRAINSTORM LOGISTICS LLC<br>19 CHAPIN RD<br>PINE BROOK, NJ 07058 | EVE KOLAKOWSKI (COO)<br>BRAINSTORM LOGISTICS LLC<br>19 CHAPIN RD<br>PINE BROOK, NJ 07058<br>Tel: (973) 227-5844<br>Fax: (973) 582-6174 | MERCHANDISE | | | | | $21,711.06 |
| 37. | WELLS FARGO FINANCIAL LEASING<br>420 MONTGOMERY ST<br>SAN FRANCISCO, CA 94104 | JOHN SHREWSBERRY (CFO)<br>WELLS FARGO FINANCIAL LEASING<br>420 MONTGOMERY ST<br>SAN FRANCISCO, CA 94104<br>Tel: (866) 249-3302<br>Fax: (888) 241-4382 | LEASE | | | | | $21,307.01 |
| 38. | COLISEUM PARTNERS LLC<br>7200 WISCONSIN AVE<br>SUITE 1102<br>BETHESDA, MD 20814 | KODIAK PROPERTIES<br>COLISEUM PARTNERS LLC<br>7200 WISCONSIN AVE<br>SUITE 1102<br>BETHESDA, MD 20814<br>Tel: (301) 654-9160<br>Fax: (301) 654-0616 | LANDLORD | | | | | $21,156.34 |
| 39. | SECURITY RESOURCES INC<br>1155 MARLKRESS ROAD<br>CHERRY HILL, NJ 08003 | MIKE STRUGLIA<br>SECURITY RESOURCES INC<br>1155 MARLKRESS ROAD<br>CHERRY HILL, NJ 08003<br>Tel: (877) 579-0759<br>Fax: (856) 796-9152 | SECURITY | | | | | $20,947.09 |
| 40. | USC-TEXAG<br>9526 WESMINSTER GLEN<br>AUSTIN, TX 78720 | JOHN O'SHAUGNESSY<br>USC-TEXAG<br>9526 WESMINSTER GLEN<br>AUSTIN, TX 78720<br>Tel: (512) 296-7807<br>Fax: (512) 452-2622 | LANDLORD | | | | | $20,913.34 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>USA DISCOUNTERS HOLDING COMPANY, INC., a Delaware corporation,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 15-_____ (\_\_\_) |

### DECLARATION CONCERNING DEBTORS' CONSOLIDATED LIST OF CREDITORS HOLDING 40 LARGEST UNSECURED CLAIMS

I, Timothy W. Dorsey, the Vice President of the above-captioned debtor and debtor in possession, declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing *Consolidated List of Creditors Holding 40 Largest Unsecured Claims* submitted herewith and that the information contained therein is true and correct to the best of my knowledge, information, and belief.

Dated: August 24, 2015

_____
Timothy W. Dorsey
Vice President

---

[1] The Debtor's and the last four digits of its federal taxpayer identification number is as follows: [6353 Center Drive, Building 8, Suite 101, Norfolk, Virginia, 23502]. [EIN XX-XXX8192].

155705.1