UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>USA DISCOUNTERS HOLDING<br>COMPANY, INC., a Delaware corporation,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 15-[_____] (___) |

**VERIFIED LIST OF EQUITY SECURITY HOLDERS OF
USA DISCOUNTERS HOLDING COMPANY, INC., A DELAWARE CORPORATION,
SUBMITTED IN ACCORDANCE WITH FEDERAL RULE
OF BANKRUPTCY PROCEDURE 1007(a)(3)**

I, Timothy W. Dorsey, am the Vice President of USA Discounters Holding Company, Inc., a Delaware corporation. I hereby certify under penalty of perjury under the laws of the United States that, to the best of my knowledge, information, and belief, the following constitutes a complete and correct list of the equity security holders of USA Discounters Holding Company, Inc., a Delaware corporation:

| | |
|---|---|
| Slone Management, LLC<br>c/o Norman Slone<br>3320 Holland Road<br>Virginia Beach, VA 23452 | 35% of the Series B Preferred Stock and 100% of the Common Stock |
| Parallel Big Wheel Investco, LLC<br>2100 McKinney Avenue, Suite 1200<br>Dallas, TX 75201 | 100% of the Series A Convertible Preferred Stock and 65% of the Series B Preferred Stock |

Dated: August 24, 2015

_____
Timothy W. Dorsey
Vice President

---

[1] The Debtor's address and the last four digits of its federal taxpayer identification number are as follows: 6353 Center Drive, Building 8, Suite 101, Norfolk, Virginia, 23502. [EIN XX-XXX8192].

155690.1