UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>USA DISCOUNTERS, LTD.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 15-11755 (CSS) |
| In re<br><br>USA DISCOUNTERS HOLDING COMPANY, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 15-11753 (CSS) |
| In re<br><br>USA DISCOUNTERS CREDIT, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 15-11754 (CSS)<br><br>Re: Docket No. *1* 2 |

### ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES FOR PROCEDURAL PURPOSES ONLY

Upon the motion (the "Motion")[2] of USA Discounters, Ltd. ("USA Discounters"), USA Discounters Holding Company, Inc. ("Holdings"), and USA Discounters Credit, LLC ("Credit LLC"), the debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases (the "Cases"), for entry of an order, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), authorizing and directing the joint administration of the Debtors'

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: USA Discounters, Ltd. (5123); USA Discounters Holding Company, Inc. (8192); and USA Discounters Credit, LLC (3128). The Debtors' address is 6353 Center Drive, Building 8, Suite 101, Norfolk, Virginia, 23502.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

related chapter 11 cases for procedural purposes only; and upon consideration of the Dorsey Declaration and the record of these chapter 11 Cases; and it appearing that the Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 1334 and 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; and it appearing that the Motion is a core matter pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the United States Constitution; and it appearing that venue of these Cases and of the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that due and adequate notice of the Motion has been given under the circumstances, and that no other or further notice need be given; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and after due deliberation, and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED, as set forth herein.

2. The above-captioned chapter 11 cases are hereby consolidated for procedural purposes only and shall be jointly administered by this Court. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned cases.

DOCS_DE:201374.3 88601/001

3. The caption of the jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>USA DISCOUNTERS, LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-11755 (CSS)<br>(Jointly Administered) |

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: USA Discounters, Ltd. (5123); USA Discounters Holding Company, Inc. (8192); and USA Discounters Credit, LLC (3128). The Debtors' address is 6353 Center Drive, Building 8, Suite 101, Norfolk, Virginia, 23502.

4. All original pleadings shall be captioned as set forth immediately above, and all original docket entries shall be made in the case of USA Discounters, Ltd., Case No. 15-11755 (CSS).

5. The Clerk of this Court shall make a notation substantially similar to the following on the docket of each Debtor:

> An order (the "Joint Administration Order") has been entered in this case directing the joint administration of the chapter 11 cases of USA Discounters, Ltd., USA Discounters Holding Company, Inc., USA Discounters Credit, LLC, and all subsequently filed chapter 11 cases of such debtors' affiliates. The docket in the chapter 11 case of USA Discounters, Ltd., Case No. 15-11755 (CSS) should be consulted for all matters affecting this case.

6. The Clerk of the Court shall maintain a single pleadings docket and file under the case number assigned to USA Discounters, Ltd., which shall be the pleadings docket and file for all of the Cases.

7. This Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

3

8. The Court retains jurisdiction and power with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
       8/26        , 2015

_____
Honorable Christopher S. Sontchi
United States Bankruptcy Judge